1  | Evan Hu (SBN 305447)
2  | Abusharar and Associates
   | 501 N. Brookhurst St. #202
3  | Anaheim, CA 92801
   | Tel: 714-535-5600
4  | Fax: 714-535-5605
   | Email: associate2@abushararlaw.com
5  | Attorney for Plaintiffs

6

### UNITED STATES DISTRICT COURT

7

### CENTRAL DISTRICT OF CALIFORNIA

8

9  | AL AZAWI, Meaad Jawhar Salman;          Case No.:
   | AL RUBAYE, Huda;
10 | AL AZAWI, Abdulrahan,

11 |              Plaintiffs,              COMPLAINT FOR DECLARATORY AND
                                          INJUNCTIVE RELIEF AND FOR A WRIT
12 | vs.                                  IN THE NATURE OF IMMIGRATION
                                          MANDAMUS
13
   | **United States Department of State, Antony J.**
14 | **Blinken,** Secretary of State of the United
   | States., **Carl C. Risch,** Assistant Secretary of
15 | State for Consular Affairs; **Stephen Biegun,**
   | Deputy Secretary of State; **Catherine Barry,**
16 | Senior Advisor at U.S. Department of State;
   | **Henry Wooster,** Charge d'Affaires of U.S.
17 | Embassy in Amman, Jordan, **United States**
   | **Embassy in Amman, Jordan; Christine**
18 | **Parker,** Chief, Outreach and Inquiries Division
   | of Visa Services in the Department of State,
19
20 |              Defendants.

21

22

23                           **INTRODUCTION**

24     1.  This action is brought by Plaintiffs to compel Defendants and those acting under them to

25  take action on Plaintiff Huda Al Rubaye and Plaintiff Abdulrahan Al Azawi's immigrant visa

26  applications.

27

28  COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
    IMMIGRATION MANDAMUS - 1

2.   Plaintiff Huda Al Rubaye and Plaintiff Abdulrahan Al Azawi are eligible to have their visa applications adjudicated.  Plaintiff Huda Al Rubaye is the spouse of Plaintiff Meaad Jawhar Al Azawi and Plaintiff Abdulrahan Al Azawi is the son of Plaintiff Meaad Jawhar Al Azawi.

3.   Plaintiff Meaad Jawhar Salman Al Azawi filed an I-360 Special Immigrant Visa Petition on December 3, 2014.  The petition was based on Plaintiff Meaad Jawhar Salman's Al Azawi's assistance to US armed forces in Iraq.  **(Exhibit A- Statement of Meaad Jawhar Salman Al Azawi)** The petition was approved and then transferred to the National Visa Center on or about September 8, 2016.  Plaintiff Meaad Jawhar Salman Al Azawi thereafter submitted the required documentary information to the Consular Electronic Application Center and subsequently, he and Plaintiff Huda Al Rubaye and Plaintiff Abdulrahan Al Azawi were scheduled for their consular interviews at the US Embassy in Amman, Jordan, to take place on February 28, 2017.

4.   Plaintiffs attended their scheduled visa interviews on February 28, 2017.   The consular officer who interviewed Plaintiff Meaad Jawhar Salman Al Azawi told him afterwards, "Congratulations, Sir, your visa has been approved."   However, the officer did not issue visas for Plaintiff Huda Al Rubaye and Plaintiff Abdulrahan Al Azawi.

5.   Plaintiff Meaad Jawhar Salman Al Azawi received his visa on April 4, 2017 and came to the United States shortly thereafter and is now a Lawful Permanent Resident, however, neither Plaintiff Huda Al Rubaye nor Plaintiff Abdulrahan Al Azawi have yet received their visas and are still awaiting them in Amman, Jordan.

6.   Multiple inquiries to the Embassy in Amman, Jordan and the Consular Office with the Department of State indicate that Plaintiff Huda Al Rubaye and Plaintiff Abdulrahan Al Azawi

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

visa applications are still undergoing administrative processing   (**Exhibit B – Correspondence between Plaintiffs and Consular and Congressional authorities**).

7.   The delay has caused significant psychological distress, depression, and suffering on Plaintiff Huda Al Rubaye and Plaintiff Abdulrahan Al Azawi.   Specifically, in April of  2018, Plaintiff Abdulrahan Al Azawi was diagnosed with cancer and on July 23, 2018, he underwent surgery, at this time his medical condition is guarded. (**Exhibit C – Medical Reports regarding Abdulrahan Al Azawi**).   Having to remain in Amman, Jordan with only his mother, separated from his father and three sisters in the United States, causes him depression and lowers his chances of making a full recovery from his cancer.

8.   Defendants have violated the Administrative Procedures Act ("APA") by failing to process and issue a final decision on Plaintiffs' visa application which has been pending now for over  four years.  Plaintiffs seek to compel Defendants, through a writ of mandamus, to either grant or deny Plaintiffs' pending visa applications.

**PARTIES**

9.   Plaintiff MEAAD JAWHAR SALMAN AL AZAWI is a lawful permanent resident residing in Victorville, California.   He became a lawful permanent resident as a result of an approved I-360 Petition for Special Immigrant Visa which he received on April 4, 2017.

10. Plaintiff HUDA AL RUBAYE is the spouse of Plaintiff MEAAD JAWHAR SALMAN AL AZAWI and is a derivative beneficiary of his approved I-360 Petition for Special Immigrant Visa.

11. Plaintiff ABDULRAHAN AL AZAWI is the son of Plaintiff MEAAD JAWHAR SALMAN AL AZAWI and is a derivative beneficiary of his approved I-360 Petition for Special Immigrant Visa.

12. Defendant UNITED STATES DEPARTMENT OF STATE (hereinafter "State Department") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Embassy in Jordan, its Charge d' Affaires, and officers named as defendants in this complaint.

13. Defendant ANTONY J. BLINKEN. (hereinafter "Secretary Blinken") is sued in his official capacity as the Secretary of State, as the head of the Department of State, as he is charged with the administration and the enforcement of immigration and nationality laws relating to the powers, duties, and functions of diplomatic and consular officers of the United States.

14. Defendant CARL C. RISCH (hereinafter "Assistant Secretary Risch") is sued in his official capacity as the Assistant Secretary of State for Consular Affairs, as he is charged with oversight of all consular, including visa, matters.

15. Defendant STEPHEN BIEGUN (hereinafter "Deputy Secretary Biegun") is sued in his official capacity as the Deputy Secretary of State, as he is charged with acting as deputy to the Secretary of State, which deals with the enforcement of immigration and nationality laws, which includes duties and functions of diplomatic and consular officers of the United States.

16. Defendant CATHERINE BARRY (hereinafter "Senior Advisor at U.S. Department of State") is sued in her official capacity as the Senior Advisor of the U.S. Department of State, as she is charged with all matters relating to visas and the administration of visa-related laws.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

17. Defendant HENRY WOOSTER (hereinafter "Charge D' Affaires Wooster") is the Charge d' Affaires of the U.S. Embassy in Beirut, Lebanon. This suit is brought against Charge D' Affaires Wooster in his official capacity, as he is charged with matters relating to the consular affairs in the U.S. Embassy in Amman, Jordan.

18. Defendant UNITED STATES EMBASSY IN AMMAN, JORDAN is a mission within Defendant Department of State and is involved in the acts challenged in this action. The United States Embassy in Amman, Jordan is responsible for processing Plaintiff HUDA AL RUBAYE and Plaintiff ABDULRAHAN AL AZAWI visa applications.

19. Defendant CHRISTINE PARKER (hereinafter "Chief Parker") is the Chief of Outreach and Inquiries in the Visa Division of Visa Services in the Department of State. This suit is brought against Chief Parker in her official capacity, as she is charged with all matters relating to inquiries in the Visa Division.

## JURISDICTION

20. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending immigrant visa application for indefinite periods of time.

21. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the

Administrative Procedures Act.  Costs and attorney fees will be sought pursuant to the Equal

Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant

to said statutes.

## VENUE

22. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a

civil action in which each defendant is an officer or employee of the United States or any agency

thereof acting in his or her official capacity, or under the color of legal authority, or any agency

of the United States, the action may be brought in any judicial district in which a plaintiff

resides, so long as no real property is involved in the action.  Plaintiff Meaad Jawhar Al Azawi

resides in Victorville, California, which is located in the Central District of California.  No real

property is involved in this action.  Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

23. Plaintiffs have no administrative remedies.  Plaintiffs have made numerous inquiries to

the Embassy in Amman, Jordan since their interviews on February 28, 2017, to no avail.

Plaintiff Meaad Jawhar Salman Al Azawi has also engaged in numerous communications with

Congressional representatives about the status of his spouse and son's pending visa applications

without receiving any definitive response.   There are no administrative remedies for neglect of

duty.

## CAUSE OF ACTION

24. On December 3, 2014, Plaintiff Meaad Jawhar Salman Al Azawi submitted an I-360

Petition for Special Immigrant Visa for himself, and his derivative family members, that is, his

wife Plaintiff Huda Al Rubaye and his son Plaintiff Abdulrahan Al Azawi, to United States

Citizenship and Immigration Service.   The I-360 Petition was approved and Plaintiffs were all

called to an consular interview on February 28, 2017 at the US Embassy in Amman, Jordan at

which time Plaintiff Meaad Jawhar Al Azawi was approved to receive a Visa.   On April 4,

2017, Plaintiff Meaad Jawhar Al Azawi received his Visa and subsequently came to the United

States and became a Lawful Permanent Resident.

25.  Plaintiff Huda Al Rubaye and Plaintiff Abdulrahan Al Azawi have not received their

visas to join Plaintiff Meaad Jawhar Al Azawi in the United States, rather, they have been

repeatedly told their cases are currently on hold in "administrative processing" and, after

numerous inquiries, there is no indication of when that process may be completed.

26. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action

in the nature of a mandamus to compel an officer or employee of the United States or any agency

thereof to perform a duty owed to the plaintiff.

27. Under the Administrative Procedures Act, a person suffering legal wrong because of

agency action, or adversely affected or aggrieved by agency action within the meaning of a

relevant statute, is entitled to judicial review thereof.

28.  Administrative processing, according to the Department of State website, takes around

60 days.  It has more than 4 years since the interview date.  Even if we take into account the fact

that the Consular office provided an estimate of 1-6 months, this has been going on for far

longer.

29. Beginning shortly after Plaintiffs February 28, 2017 interview and continuing up to the present date, Plaintiffs have communicated with the National Visa Center, the Embassy in Amman Jordan and appropriate Congressional leaders to ascertain the status of the pending visa applications, but no relevant information has been forthcoming.

30. The issuance or denial of visas is the responsibility of the consular officers and was conferred by the Immigration and Nationality Act of 1952. *Li Hing of Hong Kong, Inc. v. Levin*, 800 F.2d 970, 971 (9th Cir. 1986); 8 U.S.C. § 1201(a)(1)(2004); 8 U.S.C. §§ 1101(a)(9), (16) (2004).  The INA which governs visa processing "confers upon consular officers exclusive authority to review applications for visas." *Saavedra Bruno v. Albright,* 197 F.3d 1153, 1156 (D.C. Cir. 1999); INA § 201(b)(2)(A)(i).

31. No judicial or administrative review is available for a consular officer's decision to issue or deny a visa as this has been held to be a discretionary duty.  *Patel v. Reno*, 134 F.3d 929, 931 (9th Cir. 1997); *Li Hing of Hong Kong, Inc.,* 800 F.2d at 971.

32. The Court in *Patel* established that the non-reviewability doctrine is inapplicable when a consular officer fails to follow his or her discretionary duties, and that failure to make a decision to issue or deny a visa is such a non-discretionary duty.  *See Patel,* 134 F.3d at 931.  The APA is to seek redress for unreasonable delays.  Courts use factors to determine the unreasonable delays. *Telecommunications Research and Action Center v. FCC,* 750 F.2d 70 (D.C. Cir. 1984).  The Court considers whether the time an agency takes to render a decision is governed by rule of law, where Congress has provided a time table, delays in the realm of economic regulation are less tolerable when human health and welfare are at stake, consideration of the effect of expediting

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

delayed action on agency actions of higher or competing priority, nature and extent of interests prejudiced by delay, and the impropriety of agency lassitude is not required to find that the agency action has been unreasonably delayed. *Id.*

33. Per 22 C.F.R. § 42.81(a), action on a visa application by the consular officer is mandatory. The consular officer must either issue or refuse the visa. Under the State Department's Foreign Affairs Manual, Section 237 of Public Law 106-113 and subsequent legislation requires that the Department establish a policy under which immediate relative (and fiancé(e)) visas be processed within 30 days of receipt of the necessary information from the applicant and the Department of Homeland Security (DHS); all other family-based immigrant visas (IV) must be processed within 60 days. The Department expects all posts to strive to meet the 30/60-day requirements." *See 9 FAM 504.7-2.*

## **CLAIM FOR RELIEF**

34. Plaintiffs' claim in this action is clear and certain. Plaintiffs' reallege paragraphs 1 through 33, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and issue the visa for Plaintiff Huda Al Rubaye and for Plaintiff Abdulrahan Al Azawi.

35. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

36. Plaintiff Meaad Jawhar Salman Al Azawi has been anxiously waiting for his spouse and son's visa applications to be approved. He fears for their continued safety and is rightly concerned because they do not have any family or friends in Amman, Jordan and do not know

what will happen to them.   The prolonged separation of Plaintiffs' family is causing needless suffering and there is no indication of when it will end.

37. Plaintiffs' lives are completely in the hands of the Department of State during this interminable pendency of the applications.  Plaintiff Huda Al Rubaye and Plaintiff Abdulrahan Al Azawi have been deprived of the substantial benefits of being able to join Plaintiff Meaad Jawhar Salman Al Azawi in the safety of the United States.  These benefits include ability to enter and stay in the United States and the right to work in the United States.  Because of these unconscionable delays, Plaintiff Meaad Jawhar Salman Al Azawi has been separated from his wife and son for a very long time.

38. In failing to act on these applications, Defendants are acting directly in contradiction of the congressional intent, to promote family unity, for relatives of lawful permanent residents.

39. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Huda Al Rubaye and Plaintiff Abdulrahan Al Azawi's applications and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to Plaintiffs' case.

40. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

41. Plaintiffs have made numerous attempts to secure a final decision, all to no avail.  Only consular officers are able to make decisions on visa issuance or denial, leaving no adequate remedy.  Accordingly, Plaintiffs have been forced to pursue the instant action.

1

**PRAYER**

2

42. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs

3

respectfully pray that the Defendants be cited to appear herein and that, upon due consideration,

4

the Court:

5

6
      a.   Accept jurisdiction and maintain continuing jurisdiction of this action;

7
      b.   Declare as unlawful the violation by Defendants of failing to act on an approved

8

9
           relative petition, and properly filed visa applications;

10
      c.   Declare Defendants' failure to carry out the adjudicative functions delegated to

11
           them by law with regard to Plaintiffs' case as agency action unlawfully withheld

12

13
           and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

14
      d.   Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5

15
           U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Huda Al

16
           Rubaye and Plaintiff Abdulrahan Al Azawi's applications, to notify them whether

17

18
           their applications have been granted or denied, and if granted, of the procedures to

19
           be followed for the receipt of their visas;

20
      e.   Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C.

21
           § 706(1), compelling the Defendants to take action on Plaintiff Huda Al Rubaye

22

23
           and Plaintiff Abdulrahan Al Azawi's applications by either approving or refusing

24
           said applications, and if the applications are refused, that the decision include

25
           justification to preclude the sense of retaliation for having brought this lawsuit or

26
           having exposed the Defendants' neglect;

27

28

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 11

f.   Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.   Grant such other relief at law and in equity as justice may require.

Dated this March 22, 2021                     Respectfully Submitted,

/s/ Evan Hu

Evan Hu, Esq.
Counsel for Plaintiffs

# LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS

## AL AZAWI v. UNITED STATES DEPARTMENT OF STATE, et al.

| Exhibit | | Page |
|---------|---|------|
| A | Statement of Meaad Jawhar Salman Al Azawi | 1-2 |
| B | Index and correspondence between Plaintiffs and Consular and Congressional Authorities | 3-41 |
| C | Medical Reports regarding Abdulrahan Al Azawi | 42-43 |

**EXHIBIT A**

April 25, 2018

Re: **Special Immigrant Visa**

**Case Number: AMM2016771006**

**Principal Applicant: Meaad Jawhar Salman Alazawi, a citizen of Iraq**

Dear Sir or Madam,

My name is Meaad Jawhar Salman Alazawi. I am a Lawful Permanent Resident of the United States and a citizen of Iraq. For my work in assisting the U.S. government in Iraq, I was granted a Special Immigrant Visa, which was supposed to allow me and my wife and children to live safely in the United States. I was approved for the visa, but my wife and minor son have not yet been approved. I have been a U.S. resident since May 2017. **I am writing to you today in hopes that you will be able to assist my wife, Huda Mohammed Ali Hamza Alrubaye, and my son, Abdulrahman Meaad Jawhar Alazawi, with their Special Immigrant Visa applications.** Their applications are currently pending at the U.S. Embassy in Amman, Jordan. Their applications have been in "administrative processing" since February 2017- more than a year.

I originally applied for a Special Immigrant Visa for myself and for my wife and my son on November 24, 2012. Chief of Mission approval was received on November 13, 2014, and we sent the 1-360 applications on December 3, 2014. On December 5, 2014, we received USCIS Form 1-797, Notice of Action by regular mail at our home in Iraq. Our family had received threats before due to my work, but suddenly, the situation got much more dangerous. We lived in an area controlled by the Shia militia. **People had seen the USCIS envelope being delivered to our home and word traveled fast. Soon the entire neighborhood knew that we were applying for SIVs, which made us a target. We received a threatening letter from the militia and had to flee our home in Baghdad.** I went to Irbil, Iraq with my 3 daughters and son at first. Then, we left Iraq to Jordan to join my wife, and found temporary safety in Amman. My three daughters moved to the United States in 2016, where they are living now.

On September 8, 2016, we received a Department of State case number AMM2016771006 for our applications. We sent in our civil documents to the National Visa Center and submitted the requested 05-260 applications online via the Consular Electronic Application Center. We were scheduled for an interview at the U.S. Embassy in Amman on February 28, 2017. We sent in additional documents, completed the required medical examinations, and attended the interview at 1:00 PM as scheduled. **At the end of the interview, the consular officer told me: "Congratulations, Sir, your visa has been approved." My visa was issued on April 4, 2017; however, more than a year has passed and my wife and son have not received their visas, nor have they received any notice or request for additional documents. The consulate is just silent. It is as though my family does not deserve anyone's attention.**

I came to the United States on my visa and as stated above, I am now a green card holder. We were not allowed to work in Jordan and we had left behind everything we owned when we fled Iraq. My daughters are now in the United States, while my wife and son are stuck in Jordan. They cannot work,

they have no relatives or close friends there, and they do not know what will happen to them. We are suffering from the separation and we have no idea when it will end.

Our daughter, Ragda Meaad Jawhar Alazawi, got married in 2017. My wife Huda was able to get a B2 tourist visa to come to our daughter's wedding in the United States. My son Abdulrahman's B2 visa application was denied and he missed the wedding. My wife could have adjusted her status while in the United States, but she chose to go back to Jordan to be with our son. She could not leave him behind. Now, they are both waiting for their SIV cases to move along and our family is split in two.

I have asked for updates from the Embassy in Amman. All I have been told is that the case is pending "administrative processing" pursuant to Section 201(c)(3) of the Enhanced Border Security and Visa Entry Reform Act of 2002 (Public Law 107-173). I also reached out to Congressman Paul Cook's office to request assistance in the case, but his office refused to take any action until the administrative processing is done. **It has now been over a year since our interview, almost a year and a half since we submitted the DS-260 forms, and more than five years since we started the SIV application process. How long should it take to determine that my wife and son are not a threat to the United States when my application was approved shortly after the consular interview?**

My family is separated and living in fear. I do not believe my wife and son are safe until they can come to the United States. My wife and son depend on me for financial support. I am struggling to pay rent for one house in the United States and another one in Jordan. My daughter Noor recently had her first child, and my other daughter Ragda will have her first child in few months, it is extremely hard for my wife to not be able to support her daughters during this time and to not be able to see her grandchild in the U.S. **Our son will be ,21 years old on November 14, 2018 and he will "age out" of eligibility for the visa.** I am afraid of what will happen to him if his case is not approved by then. He cannot work in Jordan, ·he cannot return to Iraq because of the threats against his life, and he will become ineligible for the SIV visa as my child as soon as he turns 21.

My wife and son are not threats to the United States. In fact, our family has been in serious danger over the years because I have worked with American nongovernmental organization funded by USAID in Iraq. All we want now is to live together in safety in the United States. I was fortunate to receive my visa quickly after the consular interview in Amman. For some reason, their cases have been stuck in administrative processing and there is no indication when the process will be complete. I ask that you help our family in any way that you can so that we can be together as a family in the United States. If you need any additional information at all, I ask that you kindly contact myself at (760) 646-5607, or Alazawy62@gmail.com; or my Attorney of Record, Margaret Stock at (907) 242-5800 or mstock@cascadialawalaska.com.

Respectfully yours,

X ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Meaad Jawhar Salman Alazawi

04/27/2018

2.

**EXHIBIT B**

**INDEX OF COMMUNICATIONS BETWEEN PLAINTIFFS AND AUTHORITIES**

| | |
|---|---|
| 2/4/21 E-Mail from US Rep. Jay Obernolte to Meaad Al Alzawi | Pgs. 3-6 |
| 1/25/21 E-mail from US Rep. Jay Obernolte to Meaad Al Alzawi | Pg. 7 |
| 12/2/20 E-mail from US Rep. Jay Obernolte to Meaad Al Alzawi with forwarded E-mail from US Embassy, Jordan | Pgs. 8-10 |
| 10/27/20 E-mail from US Rep. Paul Cook to Meaad Al Alzawi with forwarded E-mail from Department of State | Pgs. 11-14 |
| 8/19/20 E-mail from US Rep. Paul Cook to Meaad Al Alzawi with forwarded E-mail from National Visa Center and US Embassy, Jordan | Pgs. 15-18 |
| 3/23/19 E-mail from Meaad Al Alzawi to US Embassy, Jordan | Pgs. 19-23 |
| 2/20/19 E-mail from US Rep. Paul Cook to Meaad Al Alzawi with forwarded E-Mail from US Embassy, Jordan | Pgs. 24-26 |
| 7/27/18 E-mail from US Rep. Paul Cook to Meaad Al Alzawi | Pgs. 27-30 |
| 8/4/18 E-mail from Huda Al Rubaye to US Embassy, Jordan | Pgs. 31-34 |
| 5/21/18 Email from US Rep. Don Young to Meaad Al Alzawi | Pgs. 35-37 |
| 5/3/18 Email form US Sen. Dan Sullivan to Meaad Al Alzawi | Pgs. 38-39 |
| 4/25/18 E-mail from Cascadia Cross-Border Law to  Meaad Al Alzawi | Pgs. 40-41 |

**Associate 3**

| | |
|---|---|
| **From:** | MJS <alazawy62@gmail.com> |
| **Sent:** | Tuesday, March 16, 2021 4:50 PM |
| **To:** | Associate 3 |
| **Subject:** | Fwd: FW: Congressional Inquiry/Alazawy |
| **Attachments:** | PRF ALAZAWY.pdf |

Mr Michael Fyi

---------- Forwarded message ---------
From: **Villa, Laura** <Laura.Villa@mail.house.gov>
Date: Thu, Feb 4, 2021 at 10:15 AM
Subject: FW: Congressional Inquiry/Alazawy
To: MJS <alazawy62@gmail.com>

Good morning Dear,

I forwarded the email I sent last week to the Jordan embassy. I hope we have good news soon. Thank your for keeping reaching out into your family's case.

"Dear Congressional Liaison,

Attached is the Privacy Release Form for Mr. Alazawy who would like the status of his case. If you can please review it and response with any comments and/or consideration."

Thank you,

*Laura Villa*

*Field Representative*

*Congressman Jay Obernolte*

*8th District of California*

*9700 Seventh Avenue*

1

3

*Hesperia, Ca 92345*

*Office: 760-247-1815*

Laura.Villa@mail.house.gov

4



## Office of Jay Obernolte

## Digital Privacy Release Form

Complete the form below to request help with a Federal Agency. When complete, click Submit to send to our office for assistance.

Fields marked with * are required

**Please Provide Applicable Identifying Information**

Agency Involved
U.S. Citizenship and Immigration Services

| Petitioner Applicant First Name | Petitioner Applicant Last Name |
|---|---|
| Meaad | ALazawi |

| Petitioner Applicant DOB | Petitioner Applicant Country of Birth | Petitioner Applicant Alien Number |
|---|---|---|
| 9/5/1961 | Iraq | rawbij-cabcEf-koxna8 |

| Beneficiary First Name | Beneficiary Last Name |
|---|---|
| Huda | Alrubaye |

| Beneficiary DOB | Beneficiary Country of Birth | Beneficiary Alien Number |
|---|---|---|
| 6/15/1963 | Iraq | rawbij-cabcEf-koxna8 |

USCIS Receipt or Tracking Number
AMM2016771006

| Form Types | Date of Filing |
|---|---|
| | 1/22/2021 |

| Prefix | First Name | MI | Last Name | Agency Case Number |
|---|---|---|---|---|
| Mr | Maead | | Alazawi | N/A |

| Email Address | Phone Number |
|---|---|
| alazawy62@gmail.com | 7606465607 |

| Street Address Line 1 | Street Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| 12445 Basswood LN | | Victorville | CA | 92395 |

Please explain the problem:

I am contacting my local Congressman office asking for help to following up my wife Huda Mohammed Ali Hamza AL-Rubaye and son Abdulrahman Meaad Jawhar Al Azawi Special Immigrant VISA with case number AMM2016771006

**Section below to be completed by the person who is the subject of the records:**

5

☒ I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; 3) all of this information is complete, true, and correct. I authorize USCIS to release information contained in my USCIS records relevant to checking my case status to the extent permitted by law to my Member of Congress and relevant staff. I understand that I am not required to make payment in any form for the services provide by my Member of Congress.

**Date/Time**

1/22/2021 3:48:10 PM

* **Signature**

**Maeed Alazawi**

**Associate 3**

| | |
|---|---|
| **From:** | MJS <alazawy62@gmail.com> |
| **Sent:** | Tuesday, March 16, 2021 5:11 PM |
| **To:** | Associate 3 |
| **Subject:** | Fwd: Case Number: AMM2016771006 |

FYI

---------- Forwarded message ---------
From: **Villa, Laura** <Laura.Villa@mail.house.gov>
Date: Mon, Jan 25, 2021 at 11:02 AM
Subject: Case Number: AMM2016771006
To: MJS <alazawy62@gmail.com>


Good Morning Mr. Sir,


I wanted to let you know that I sent your case update request to the Liaison. As soon I hear from him, I will let you know what he says. I addition, thank you for sent your previous email. I will continue working on your case as Kim Mesen did.


Respectfully,


Laura Villa

7

**Associate 3**

| | |
|---|---|
| **From:** | MJS <alazawy62@gmail.com> |
| **Sent:** | Tuesday, March 16, 2021 5:07 PM |
| **To:** | Associate 3 |
| **Subject:** | Fwd: FW: Congressional Inquiry: Al Azawi |

FYI

--------- Forwarded message ---------
From: **Mesen, Kimberly** <Kimberly.Mesen@mail.house.gov>
Date: Wed, Dec 2, 2020 at 9:53 AM
Subject: FW: Congressional Inquiry: Al Azawi
To: MJS <alazawy62@gmail.com>

Good Morning Mr. Azawi,

Below is the update received from the Embassy.

I apologize but according to them the two cases remain in Administrative Processing and no exact date of completion can be given. I will make sure that the incoming member of Congress that will be representing the 8th District is aware of your family's situation and I will fully brief them on the case. Mr. Azawi I apologize that we have not received a favorable response as I was very hopeful that we would get to see through the conclusion of this case. If you have any questions, or if I can be of any assistance in the time that we have left in office, don't hesitate to ask.

Best,

**Kimberly Mesen**

**Deputy District Director**

**Congressman Paul Cook | Eighth District of California**

**14955 Dale Evans Pkwy| Apple Valley, CA 92307**

p. **760.247.1815 | f. 760.247.8073**

Follow us: 

Sign up for our newsletter: Subscribe

1

**From:** Amman, Congressional
**Sent:** Wednesday, December 2, 2020 1:46 AM
**To:** Mesen, Kimberly <Kimberly.Mesen@mail.house.gov>
**Subject:** Re: Congressional Inquiry: Al Azawi

Dear Ms. Mesen,

Thank your email regarding the immigrant visa case for Ms. Huda Al Rubaye and Mr. Abdulrahan Al Azawi.

Unfortunately, the case is still pending mandatory administrative processing. Visa processing requirements occasionally necessitate longer delays for some applicants.  Embassy Amman is unable to affect the timing of this processing as it is handled by the Visa Office in conjunction with our inter-agency partners.  While we regret we do not have more positive news to share, please be assured that as soon as we have any updates, we will contact the Al Azawi family immediately.

Please note, due to the current COVID-19 situation in Jordan, the U.S. Embassy in Amman has suspended routine immigrant visa processing for all visa categories as of November 8, 2020 until further notice. This suspension of services may delay case processing at this time.

We apologize for the inconvenience and appreciate your understanding during this time. Should you have any further questions or comments, please feel welcome to contact us anytime.

Please encourage your constituent to continue to monitor our website for the most current information regarding resumption of services at: https://jo.usembassy.gov/visas/immigrant-visas/.

Recent updates from the Embassy on COVID-19 in Jordan with links to other useful sites can be found at: https://jo.usembassy.gov/covid-19-information/.

Sincerely,

Consular Section

US Embassy Amman

**Associate 3**

| | |
|---|---|
| **From:** | MJS <alazawy62@gmail.com> |
| **Sent:** | Tuesday, March 16, 2021 5:00 PM |
| **To:** | Associate 3 |
| **Subject:** | Fwd: FW: Letter from the Department of State - Cook |
| **Attachments:** | H20201006-000_ Cook.pdf |

---------- Forwarded message ---------
From: **Mesen, Kimberly** <Kimberly.Mesen@mail.house.gov>
Date: Tue, Oct 27, 2020 at 11:52 AM
Subject: FW: Letter from the Department of State - Cook
To: MJS <alazawy62@gmail.com>

Good Morning Mr. Al-Azawi,

Attached is a letter received from Department of State regarding the letter of support our office sent up to their main DC office.

While it might not provide a definite approval of the cases, I wanted to provide it for your records. If you have any questions feel free to let me know.

Best,

**Kimberly Mesen**

**Congressman Paul Cook | Eighth District of California**

**From:** Tavares, Joe <Joe.Tavares@mail.house.gov>
**Sent:** Tuesday, October 27, 2020 7:20 AM
**To:** Mesen, Kimberly <Kimberly.Mesen@mail.house.gov>
**Subject:** FW: Letter from the Department of State - Cook
**Importance:** High

1

११

Hi Kim!

Are you handling immigration casework? This is a letter from the State Department regarding a visa.

**Joe Tavares**

**Scheduler/Legislative Assistant**

**Congressman Paul Cook | Eighth District of California**

1027 Longworth | Washington, DC 20515
p. 202-225-5861 | f. 202-225-6498

Joe.Tavares@mail.house.gov

**From:** Congressional Correspondence
**Sent:** Monday, October 26, 2020 4:23 PM
**To:** Tavares, Joe <Joe.Tavares@mail.house.gov>
**Subject:** Letter from the Department of State - Cook
**Importance:** High

Thank you for your recent inquiry to the Department of State.  Please see the attached response to your correspondence.

If your office would like to update the contact information for the person receiving responses from the Department of State, please reply to this email with the name and email address of the appropriate staff member.

Sincerely,

Bureau of Legislative Affairs

Department of State

12



**United States Department of State**
Washington, D.C.  20520

October 19, 2020

The Honorable
Paul Cook
14955 Dale Evans Parkway
Apply Valley Town Hall
Apple Valley, CA  92307

Dear Mr. Cook:

Thank you for your September 9 letter supporting the expedited processing of the Special Immigrant visas (SIVs) of the spouse, Ms. Huda Al Rubaye, and son, Mr. Abdulrahman Al Azawi, of Mr. Meaad Al-Azawi in Jordan.

The Department of State is committed to supporting those who have helped U.S. military and other government personnel perform their duties, often at great personal risk to themselves and their families.  Everyone involved in this process, whether in Washington or at our embassies abroad, is fully aware of how much we owe our Afghan and Iraqi colleagues and the risks they face.  The Department fully supports both the Iraqi DAP and the Afghan SIV program.

We recognize Mr. Al Azawi's frustration with the current processing of his family's SIV cases. As your letter notes, these cases have been pending for some time.  We should stress however, that any immigrant visa process is a lengthy one.  While we cannot predict when the processing of Ms. Al Rubaye's and Abdulrahman's visas will be completed, please be assured that the U.S. Embassy in Amman, Jordan, the Department of State, and our partners from other agencies are aware of his concerns and will work to complete processing on these cases as soon as possible.

The information regarding these visa cases is protected from disclosure under section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States."  As you have inquired on behalf of the applicants, our disclosure to you of the above information from the visa record, which information could be made available to the visa applicants, is consistent with INA section 222(f), 8 U.S.C. 1202(f), and you may share this information with Mr. Al Azawi.

13

-2-

We hope this information is helpful to you. Please let us know if we may be of further assistance.

Sincerely,

Cristin Heinbeck
Outreach and Inquiries Division
Visa Services

14

## Associate 3

**From:**      MJS <alazawy62@gmail.com>
**Sent:**      Tuesday, March 16, 2021 4:53 PM
**To:**        Associate 3
**Subject:**   Fwd: FW: Congressional Inquiry: Al Azawi

FYI Mr Miichael

---------- Forwarded message ---------
From: **Mesen, Kimberly** <Kimberly.Mesen@mail.house.gov>
Date: Wed, Aug 19, 2020 at 10:41 AM
Subject: FW: Congressional Inquiry: Al Azawi
To: MJS <alazawy62@gmail.com>

Good Morning Mr. Al Azawi,

Please see the below information provided by the National Visa Center. Did the Embassy in Amman inform you or your wife that they needed updated passport information?

If they did, has this already been submitted? Please let me know when you get a chance.

Best,

**Kimberly Mesen**

**Constituent Services Director**

**Congressman Paul Cook | Eighth District of California**

**14955 Dale Evans Pkwy| Apple Valley, CA 92307**

p. **760.247.1815 | f. 760.247.8073**

Follow us: 

Sign up for our newsletter: Subscribe

1

15

**From:** NVC Congressional
**Sent:** Tuesday, August 18, 2020 9:32 PM
**To:** Mesen, Kimberly <Kimberly.Mesen@mail.house.gov>
**Subject:** RE: Congressional Inquiry: Al Azawi

Kimberly:

Thank you for your email concerning the special immigrant visa petition filed by and on behalf of Meaad Jawhar Salman Al Azawi with assigned case number AMM2016771006.

We completed our processing of this case and forwarded it to the U.S. Embassy in Amman, Jordan on February 06, 2017.  Department of State records show that Meaad Jawhar Salman Al Azawi was interviewed at the U.S. Embassy on February 28, 2017.

According to Department of State records, the U.S. Embassy is requesting that the following additional information be submitted for Huda Mohammed Ali Hamza Al Rubaye and Abdulrahman Meaad Jawhar Al Azawi:

- Updated passport documentation. The passports currently on file at the U.S. Embassy have expired.

Once the U.S. Embassy has received the aforementioned documentation, the U.S. Embassy will be able to resume processing of this case. As this case is under the jurisdiction of the U.S. Embassy in Amman, please direct any further inquiries to the U.S. Embassy.

Please be advised that unless specifically requested in your email, the National Visa Center will not use information from forms you provide to update customer contact information in our database. Applicants should provide updated contact information online at http://nvc.state.gov/inquiry or call the National Visa Center at (603) 334-0700 between 7:00 a.m. and midnight EST, excluding federal holidays.

16

Please let me know if I can be of further assistance to your office or to your constituent.

Regards,

| Congressional Liaison

Department of State CA/VO/DO/NVC

*This email is Sensitive but Unclassified based on the definitions provided in 12 FAM 540.*

**From:** Mesen, Kimberly <Kimberly.Mesen@mail.house.gov>
**Sent:** Thursday, August 13, 2020 1:32 PM
**To:** NVC Congressional
**Subject:** FW: Congressional Inquiry: Al Azawi

Dear Congressional Liaison,

Attached is a privacy release form provided on behalf of Mr. Al-Azawi's wife and son. Their application for visas has been in administrative processing for 3 years and our office would like to reach out to the National Visa Center to see if there is any additional information or insight that can be provided on the case? Mr. Al-Azawai was granted a visa for his work in assisting the U.S. government in Iraq, causing him to have to flee with his family because he was being targeted for doing so. Mr. Al-Azawi's visa was processed quickly, but his wife's and son was not and they have since been separated.

Any information and/or assistance that can be provided is appreciated.

Best Regards,

**Kimberly Mesen**

**Constituent Services Director**

**Congressman Paul Cook | Eighth District of California**

17

**14955 Dale Evans Pkwy| Apple Valley, CA 92307**

p. **760.247.1815 | f. 760.247.8073**

Follow us:

Sign up for our newsletter: Subscribe

---

**From:** Amman,
**Sent:** Thursday, August 13, 2020 4:56 AM
**To:** Mesen, Kimberly <Kimberly.Mesen@mail.house.gov>
**Subject:** RE: Congressional Inquiry: Al Azawi

Dear Ms. Mesen,

Thank you for your August 12th email regarding the immigrant visa case for Mr. Meaad Al-Azawi.

Unfortunately, this case remains under mandatory administrative processing. Visa processing requirements occasionally necessitate longer delays for some applicants. Embassy Amman is unable to affect the timing of this processing as it is handled by the Visa Office in conjunction with our interagency partners. While we regret we do not have more positive news to share, please be assured that as soon as we have any updates, we will contact Mr. Al-Azawi immediately.

We greatly appreciate your continued assistance in reiterating this information and hope this information is useful in responding to your constituent's inquiry.

Sincerely,

Consular Section

US Embassy Amman

## Associate 3

| | |
|---|---|
| **From:** | MJS <alazawy62@gmail.com> |
| **Sent:** | Tuesday, March 16, 2021 5:10 PM |
| **To:** | Associate 3 |
| **Subject:** | Fwd: Case Number: AMM2016771006 |
| **Attachments:** | ABDULRAHMAN new passport 2018.jpg; ABDULRAHMAN iraqi nationality certificate Ar.jpg; ABDULRAHMAN iraqi nationality certificate Eng.jpg; HUDA  new passport 2018 (1).jpg |

FYI

---------- Forwarded message ---------
From: **MJS** <alazawy62@gmail.com>
Date: Sat, Mar 23, 2019 at 11:15 PM
Subject: Case Number: AMM2016771006
To: <support-jordan@ustraveldocs.com>


Dear Sir/Madam:

Kindly be informed that I am the principal applicant my visa issued on April 5, 2017, and now am in the USA  but my wife and my son visa case status on the website appear administrative processing, in spite of that all of us have been  interviewed in the US embassy in Amman on Feb 28, 2017.


1- My son Abdulrahman has renewed his passport because the old one has been expired attached copy for a new passport.

2-Abdulrahman renew his Iraqi nationality certificate because the old one was  Issued when he so young attached copy for a new Iraqi nationality certificate in Arabic and English translated.

3-My wife Huda renewed her passport because the old one has been expired attached copy for a new passport.


Best Regards

Principal Name:Meaad Jawhar Al azawi

Date of Birth 09/05/1961

19



REPUBLIC OF IRAQ
Passport

جمهورية العراق // كۆماری عێراق
جواز سفر / پاسپۆرت

| | | |
|---|---|---|
| Type/النوع/جۆر **P** | Country/البلد/وڵات **IRQ** | Passport/رقم الجواز/ژمارە **A11788038** عبدالرحمن ميعاد جوهر |
| Full Name **ABDULRAHMAN MEAAD JAWHAR** | | |
| Surname **AL-AZAWI** | Nationality/الجنسية/رەگەزنامە **IRAQI/عراقي** | العزاوي |
| Sex الجنس/رەگەز **M / ذكر** | Date of Birth **1997-11-14** | Place of Birth العراق - بغداد **IRQ** |
| Mother Name **HUDA MOHAMMED ALI** | | هدى محمد علي |
| Date of Expiry **2026-01-30** | Date of Issue **2018-01-31** | Issuing Authority **JOR/الاردن** |

```
P<IRQAL<AZAWI<<ABDULRAHMAN<MEAAD<JAWHAR<<<<<
A117880382IRQ9711149M2601308<<<<<<<<<<<<00
```

20



Babel Office for Legal Translation  **BÁBEL**  مكتب بابل للترجمة المعتمدة

---

### Republic of Iraq
### Ministry of Interior
### Nationality Directorate

## _Iraqi Nationality Certificate_

| | Photo |

**File No.** : G 30070/2017
**Certificate No.** : 0126922/Th
**Date** : 2/11/2017

Based upon the ascertainment of acquirement of ABDULRAHMAN MEAAD JAWHAR whose photograph is affixed above, the Iraqi nationality according to article (3/A ) of the Iraqi Nationality Law, he was granted this certificate.

Place & Date of Birth: Baghdad/1997

Religion: **Muslim**

Identifying Marks: **Nil**

Father's Full Name: **MEAAD  JAWHAR**

Place of Birth : **Kirkuk**

Mother's Full Name: **HUDA MOHAMMED ALI**

Place of Birth : **Baghdad**

Nationality Director
**(Signed & Sealed)**

Signature of bearer of certificate .

Imprint of left thumb





1 9 -03- 2019

Amman –Jabal Amman –Beside Iraqi Embassy – Tel :4613671 • Mobile :079/6610125 – ٠٧/٦٦١٠١٢٥ : خلوى – ٤١٣٦٧١: تلفون – بجانب السفارة العراقية – عمان – جبل عمان
Website: Borgbabel.com      Email: Borgbabel@ynhoo.com

21





**REPUBLIC OF IRAQ**     جمهورية العراق / كۆماری عیراق

Passport     جواز سفر / پاسپۆرت

Type: **P**

Country: **IRQ**

Passport No.: **A11787719**

هدى محمدعلي حمزة

Full Name: **HUDA MOHAMMED ALI HAMZA**

Surname: **AL-RUBAYE**

Nationality: **IRAQI/عراقي**

الربيعي

Sex: **F / أنثى**

Date of Birth: **1963-06-15**

Place of Birth: **IRQ بغداد - العراق**

Mother Name: **ZAHIDA DAWOOD**

زاهدة داود

Date of Expiry: **2026-01-23**

Date of Issue: **2018-01-24**

Issuing Authority: **JOR/الاردن**

```
P<IRQAL<RUBAYE<<HUDA<MOHAMMED<ALI<HAMZA<<<<<
A117877195IRQ6306151F2601238<<<<<<<<<<<<<04
```

23

**Associate 3**

| | |
|---|---|
| **From:** | MJS <alazawy62@gmail.com> |
| **Sent:** | Tuesday, March 16, 2021 4:55 PM |
| **To:** | Associate 3 |
| **Subject:** | Fwd: FW: Congressional Inquiry: Al Azawi |

Mr Michael FYI

---------- Forwarded message ---------
From: **Mesen, Kimberly** <Kimberly.Mesen@mail.house.gov>
Date: Wed, Feb 20, 2019 at 4:46 PM
Subject: FW: Congressional Inquiry: Al Azawi
To: MJS <alazawy62@gmail.com>

Mr. Azawi,


Please see the below response we received from the Embassy.

Our office is working on drafting a letter of support/urgency to send to both the Embassy and the Department of State. Once completed, I will let you know and also provide you with a copy.


Best,


**Kimberly Mesen**

Office of Congressman Paul Cook

8th District of California

14955 Dale Evans Parkway

Apple Valley, CA 92307

Office: (760) 247-1815

Follow-us: 

Sign up for our newsletter: Subscribe

1

Z4

**Subject:** RE: Congressional Inquiry: Al Azawi

Dear Mr. Imeri-Garcia and Ms.Mesen,

Greetings from Embassy Amman.

Thank you for contacting us for an update regarding Mr. Al Awazi's case.  Unfortunately, this case continues to be under administrative processing.  We understand the humanitarian impact that this delay is causing to Mr. Al Awazi's family, we hope your office can appreciate that this lengthy clearance process is the only way to ensure national security in the visa process.  We have reached out to the visa office to inquire about the delay and inform our clearing partners about Mr. Alzawi's son's health situation.

As you know from our previous correspondences, the Embassy is unable to affect how long this processing takes as it is conducted by the visa office in conjunction with our interagency partners.  We remain, however, the best contact for inquiries about immigrant visa cases.  We hope this information is useful in responding to your constituent's inquiry.  Should you have any further questions or comments, please feel welcome to contact us.

Please assure the family that once an update on their case is available, we will be in contact immediately.

Sincerely,

Consular Officer

US Embassy Amman

---

**From:** Imeri-Garcia, Joshua
**Sent:** Friday, January 25, 2019 12:44 AM

2

25

**To:** Amman
**Cc:** Mesen, Kimberly
**Subject:** RE: Congressional Inquiry: Al Azawi

Good afternoon,

I am sending a follow up email regarding Mr. Al Azawi's case. I understand that the case is still pending mandatory administrative processing that is becoming to seem a bit unusual. Mr. Al Azawi's son has been diagnosed with testicular cancer and is undergoing further treatment, I am including those documents to be added to the recorded case. To my understanding, Mr. Al Azaw has been loyal to the United States and has put himself and his family in great risk by aiding the U.S government.

Unfortunately, I am transferring to another office and the point of contact regarding this case will be Kimberly Mesen, Kimberly.mesen@mail.house.gov. Please send any updates and correspondence to her. Some resolve on this matter will be helpful and any information you may provide is appreciated.

All the best,

26

## Associate 3

**From:** MJS <alazawy62@gmail.com>
**Sent:** Tuesday, March 16, 2021 5:18 PM
**To:** Associate 3
**Subject:** Fwd: Privacy Release Forms
**Attachments:** Abdo.jpg

FYI

---------- Forwarded message ----------
From: **MJS** <alazawy62@gmail.com>
Date: Mon, Jan 28, 2019 at 10:44 AM
Subject: Fwd: Privacy Release Forms
To: kimberly.mesen@mail.house.gov <kimberly.mesen@mail.house.gov>

---------- Forwarded message ----------
From: **MJS** <alazawy62@gmail.com>
Date: Fri, Jul 27, 2018 at 1:06 PM
Subject: Re: Privacy Release Forms
To: Imeri-Garcia, Joshua <Joshua.Imeri-Garcia@mail.house.gov>

Dear Joshua ,

I'm contacting you in regard of my companions SIV case (my spouse Huda and my son Abdulrahman) which is still pending administrative processing since our interview in Feb.2017.

I entered the United States on May, 2017 and I'm a legal permanent resident (LPR) since June 2017, but unfortunately, my wife HUDA and my son ABDULRAHMAN are still waiting for their visas (SQ) which are still pending administrative processing, while they as companions supposed to join me within six months after I (the principle applicant) enters the USA (according to the definition of the companion applicant in USA immigration law).

I understand that this administrative processing it takes even more than 120 days as USCIS website indicates,(in our case it takes more than 16 months),but in addition that we as a family were experiencing a humanitarian hardship due to the family separation, **now we are experiencing new extreme humanitarian hardship which made me write this email to you urgently to inform you about what we are facing :**

I was waiting for my wife (her B2 via is valid till 30 sep.2018) to come to USA in 19th of July to be with our daughter Ragda as she will have her first baby in about two months, but suddenly my son **Abdulrahman** faced Critical health condition, the doctors agreed that he needs an urgent surgery due to presence of tumors in the testicular, he had a Surgery on Wednesday 25th of July, then tumor needs to be sent to the laboratory to check if its Cancer tumor or not, attached you can find the doctor's reports after the surgery **in king Hussein cancer center** in Amman, I will send you an official report as soon as I get it.

1

Z7

Due to this situation my wife canceled her flight, and I had to come to AMMAN to be with her and with my son, as we don't know what will happen in the next few days, but it seems that we will experience a hard time due to such situation, that why we as a family need to be together, my son hasn't met his sisters since 2016, in such humanitarian hardship he needs to be supported and surrounded by all of us.

As you see, the SIV Procedures delay destroys our lives; because in addition to the family separation and all of its consequences, I strongly believe that my son ABDULRAHMAN got this situation because of his depression.

I need to be heard by someone in the embassy, but I Don't know how to get there, last time I contacted the USCIS office in Amman, I didn't get any useful response.

In addition, I would like to bring to your attention that my son will be turning 21 on November 14th, 2018 (aging-out). So I would also like to know the procedural consequence in regards to my son's case when he turns 21 and if the Child Status Protection Act (CSPA) applies to his case.

Pray for my son

Any help or advice from your side will be highly appreciated.

Thank you,

Regards,

**Mr. MEAAD JAWHAR SALMAN AL AZAWI**

**12445 Basswood Lane VictorVill CA 92395**

SIV Case Number:             AMM2016771006

Principal applicant:          MEAAD JAWHAR SALMAN ALAZAWI

Date of birth:                09/05/1961

On Wed, Jun 20, 2018 at 4:10 PM, Imeri-Garcia, Joshua <Joshua.Imeri-Garcia@mail.house.gov> wrote:

Good afternoon Mr. Alazawi,

I have read through the summary you provided our office through our website. I can submit a formal inquiry to the Department of State and try to find out any more information about your wife and son's case. However, I do require a privacy release form to be filled out by you, your wife and your son. I have included a blank privacy release form to this email. Please provide a brief timeline of events in the summary portion.

28

If you have any further questions please feel free to contact me.

All the best,

Joshua Imeri-Garcia

Field Representative

Congressman Paul Cook

CA 8th Congressional District

(760) 247-1815 - Phone

(760) 247-8073 - Fax

Follow Us: 

Newsletter: Subscribe

3

Z9



## Medical Report

| | |
|---|---|
| Patient's Name | Abdelrahman Mohd Jaradat Alkazawi |
| MRN | 137100 |
| Age | 20 years |

Abdelrahman is a 20 year old male patient, presented with right testicular mass, for which he underwent right inguinal radical orchiectomy on July 23, 2015. Now waiting for histopathology result. This patient need regular follow up every 3 months at the urology clinic for imaging and blood tests.

Ali AL-Daghmin MD)
Urologic Oncology & Robotic Surgery Consultant
King Hussein Cancer Center
Amman- Jordan
Tel (962) 6 5300460 Ext 1673

30

**Associate 3**

| | |
|---|---|
| **From:** | MJS <alazawy62@gmail.com> |
| **Sent:** | Tuesday, March 16, 2021 5:19 PM |
| **To:** | Associate 3 |
| **Subject:** | Fwd: update : URGUNT AMM2016771006 |
| **Attachments:** | 37418540_2013389318735171_9046104253919133696_n.jpg; abdulrahman medical report.pdf |

FYI

---------- Forwarded message ---------
From: **Huda M.ali** <architect_huda@ymail.com>
Date: Tue, Aug 14, 2018 at 10:41 AM
Subject: update : URGUNT AMM2016771006
To: support-jordan@ustraveldocs.com <support-jordan@ustraveldocs.com>
Cc: MJS <alazawy62@gmail.com>, Farah Alazzawy <farah_alazzawy@yahoo.com>, Farah Me3ad <fara7_fm@yahoo.com>


Following up with my husband's (Meaad Jawhar Salman Alazawi) latest email dated on 7/21/2018 6:37 PM, I would like to notify you about the latest changes in our circumstance in regards to my son's( ABDULRAHMAN) medical condition.

My son had a surgery on 23rd of July 2018, and unfortunately the histopathology results showed that the tumor is not benign and that it is cancerous. Kindly have the attached the official medical report from King Hussein Cancer Center (KHCC) for full details, The report attached clearly indicates that he is a patient at King Hussein Cancer Center (KHCC) and needs regular follow up every three months.

It would easily come to one's mind that such an unexpected and shocking incident came heavy to my family during a time that we are suffering from multiple hardships on multiple levels; both physically and emotionally. We, as a family, are in most need of one another's support but Sadly my three daughters(FARAH,RAGDA, NOOR) cannot come to Jordan, RAGDA is pregnant; I intended to travel to the US to be with her during her delivery, but I now canceled such plans due to my son's sickness. NOOR has an expired passport; a lengthy process that takes months to renew, and my third daughter FARAH is engaged in a full-time job and her request for a leave was denied.

In addition, I would like to inquire if whether I can add my son to my B2 visa renewal. As you may know, cancer is a disease that is highly related to the mental and emotional wellbeing of a person and my son is going through a highly depressive state, I see him withering each and every day but the idea of him being surrounded, supported and us being united as one family is very crucial to his healing process,even if the family gathering will be for a while and even that I know that I'm taking the risk that the visa denial will affect his health, but I'm ready to take the chance as I'm very sure that this visit would greatly lift up his spirit and improve his emotional state as a step taken towards his healing process.


Any help or advice from your side would be highly needed and appreciated.

31



32



مركز الحسـين للسـرطان
King Hussein Cancer Center

Date: August 9, 2018

## Medical Report

| Patient Name | : | Abdulrahman Meaad Jawhar Alazawi |
|---|---|---|
| MRN | : | 157110 |
| Age | : | 20 years |

Abdulrahman is a 20 year-old male patient, presented to King Hussein Cancer Center (KHCC) with right testicular mass since 4 months with normal tumor markers (AFP and BHCG) scrotal us showed right testicular mass 4x3x4 cm. Chest abdomen and pelvis CT scan showed no evidence of visceral metastasis or significant lymph node enlargement.

He underwent right inguinal radical orchiectomy on July 23, 2018. Histopathology result showed:

- Malignant mixed germ cell tumor (Teratoma 50%, Seminoma 50%). Tumor deposit is seen in the spermatic cord margin.
- Lymphovascular invasion present.
- Pathologic stage is (pT$_2$(m)N$_x$).

The case was discussed in Genitourinary Multidisciplinary Clinic (GU-MDC), the plan was to be give 2 cycles of chemotherapy.

He needs regular follow up every three months.

Ali AL-Daghmin, MD.
Urologic Oncology & Robotic Surgery Consultant
King Hussein Cancer Center
Amman -Jordan
Tel. (962) 6 5300460 Ext.1673

/es/ MALEK GAASHAN, MD
Signed:08/09/2018 11:18

Receipt Acknowledged By:
/es/ ALI AL-DAGHMIN MD
08/09/2018 11:59

202 شارع الملكة رانيا العبد الله ص.ب. 1269 الجبيهة - عمان 11941 الأردن
هاتف: 460 00 53 6 (962) تاكس: 567 42 53 6 (962) البريد الالكتروني: info@khcc.jo
202 Queen Rania Al Abdullah St., P.O. Box 1269 Al - Jubeiha Amman, 11941 Jordan
Tel.: +962 6 53 00 460, Fax: +962 6 53 42 567, E mail info@khcc.jo

DG0015 03/15

33



ملاحظة: يرجى إبراز البطاقة عند المراجعة أو صرف الدواء.

مركز الحسين للسرطان

بطاقة مالية المريض الموظفين

عبدالرحمن عبدالله محمد المراغي

الرقم الطبي ١٠٧١١٠

ملاحظة: يرجى إبراز البطاقة عند المراجعة أو صرف الدواء.

Cash

تاريخ الإنتهاء:

تاريخ الإصدار:

4000038521

34

**Associate 3**

| | |
|---|---|
| **From:** | MJS <alazawy62@gmail.com> |
| **Sent:** | Tuesday, March 16, 2021 5:27 PM |
| **To:** | Associate 3 |
| **Subject:** | Fwd: From the Desk of Congressman Don Young |

FYI

---------- Forwarded message ---------
From: **Rep. Don Young, Congressman for All Alaska** <tara.risinger@mail.house.gov>
Date: Mon, May 21, 2018 at 9:55 AM
Subject: From the Desk of Congressman Don Young
To: Mr. Maeed J. Alazawi <alazawy62@gmail.com>



**DON YOUNG**
CONGRESSMAN FOR ALL ALASKA
**WASHINGTON OFFICE:**
2314 RAYBURN BUILDING
WASHINGTON, DC 20515
202-225-5765

COMMITTEE ON
NATURAL RESOURCES

COMMITTEE ON
TRANSPORTATION & INFRASTRUCTURE

REPUBLICAN
POLICY COMMITTEE

Congress of the United States
House of Representatives
Washington, D.C. 20515

May 21, 2018

Mr. Maeed J. Alazawi
12823 1st Ave
Victorville, CA 92395-8523

Dear Mr. Alazawi,

In response to the congressional inquiry sent to the National Visa Center on your behalf. They recently sent the below email explaining the status of your families special immigrant visas.

At this point in time, there is nothing further my office can do. I cannot force the embassy to expedite or make a decision on these cases. However, I will continue to follow up on this case every couple of months to inquire of the status. Should you receive any new information or updates, I would appreciate it if you would keep me informed so I may better assist you.

35

**From:** NVC Congressional, Mailbox
**Sent:** Monday, May 21, 2018 5:35 AM
**To:** Risinger, Tara <Tara.Risinger@mail.house.gov>
**Subject:** RE: From the Desk of Congressman Don Young

Tara:

Thank you for your email concerning the special immigrant visa petition filed on behalf of Meaad Jawhar Salman Al Azawi and assigned case number AMM2016771006. We completed our processing of this case and forwarded it to the U.S. Embassy in Amman, Jordan on February 6, 2017. Department of State records show that Meaad Jawhar Salman Al Azawi and his family were interviewed at the U.S. Embassy, on February 27, 2017.

Department of State records also indicate that while Meaad Jawhar Salman Al Azawi was issued his special immigrant visa on April 5, 2017, the rest of the derivative applicants on this case are undergoing administrative processing in order to verify the qualifications for Huda Mohammed Ali Hamza Al Rubaye's, Farah Meaad Al Azawi's, Noor Meaad Al Azawi's, Ragda Meaad Al Azawi's, and Abdulrahman Meaad Jawhar Al Azawi's special immigrant visas.

We understand your constituent's frustration at the delay; however, a decision on this case cannot be made until the U.S. Embassy finishes their review. U.S. Embassies and Consulates issue visas in accordance with criteria specified in the Immigration and Nationality Act (INA), and a visa may only be issued if all the documentary requirements have been met, and the applicant is eligible under U.S. Immigration law. While we cannot predict when the processing of Huda Mohammed Ali Hamza Al Rubaye's, Farah Meaad Al Azawi's, Noor Meaad Al Azawi's, Ragda Meaad Al Azawi's, and Abdulrahman Meaad Jawhar Al Azawi's visas will be completed, please be assured that the U.S. Embassy is aware of your concerns and will do all that they can to see that the visa is adjudicated as soon as the processing of Huda Mohammed Ali Hamza Al Rubaye's, Farah Meaad Al Azawi's, Noor Meaad Al Azawi's, Ragda Meaad Al Azawi's, and Abdulrahman Meaad Jawhar Al Azawi's case has been completed.

Please be advised that unless specifically requested in your email, the National Visa Center will not use information from forms you provide to update customer contact information in our database. Applicants should provide updated contact information online at nvc.state.gov/ask or call the National Visa Center at (603) 334-0700 between 7:00 a.m. and midnight EST.

Please let me know if I may be of further assistance to your office or your constituent.

Kindest Regards,

36

Brianna | NVC Congressional Unit

National Visa Center



Sincerely,

DON YOUNG
Congressman for All Alaska

DY/TR

Visit Our Website
donyoung.house.gov

471 W. 36th Avenue
Suite 201
Anchorage, AK 99503

907-271-5978

100 Cushman Street
Suite 307
Fairbanks, AK 99701
907-456-0210

Call Toll-Free
1-866-990-5979

37

## Associate 3

**From:** MJS <alazawy62@gmail.com>
**Sent:** Tuesday, March 16, 2021 5:24 PM
**To:** Associate 3
**Subject:** Fwd: In Response to Your Inquiry (Intranet Quorum IMA00115839)
**Attachments:** IQFormatFile.txt

FYI

---------- Forwarded message ---------
From: **Senator Dan Sullivan(imailagent)** <casework_sullivan@sullivan.senate.gov>
Date: Thu, May 3, 2018 at 4:55 PM
Subject: In Response to Your Inquiry (Intranet Quorum IMA00115839)
To: <Alazawy62@gmail.com>


DAN SULLIVAN                                              702 HART SENATE OFFICE BUILDING
Alaska                                                           WASHINGTON, DC 20510
                                                                        (202) 224-3004

# United States Senate

Dear Mr. Alazawi,

Thank you for contacting my office on May 1, 2018; I regret to hear about your situation with Department of State which prompted you to seek my assistance. However, your address indicates you are not a resident of Alaska. It is Congressional courtesy that constituent cases be handled by the constituent's own elected representative.

I have forwarded your inquiry to Senator Kamala Harris and Senator Dianne Feinstein and they can be reached at the following location:

Senator Kamala Harris
112 Hart Senate Building
Washington, DC 20510-0001
202-224-3553

Senator Dianne Feinstein
112 Hart Senate Building
Washington, DC 20510-0001
202-224-3841


I regret I was unable to assist you and hope you will find a resolution to your situation soon. Thank you again for reaching out to me.

38

Sincerely,

Dan Sull

Dan Sullivan
United States Senator



39

## Associate 3

| | |
|---|---|
| **From:** | MJS <alazawy62@gmail.com> |
| **Sent:** | Tuesday, March 16, 2021 5:31 PM |
| **To:** | Associate 3 |
| **Subject:** | Fwd: FW: Updated Letter |
| **Attachments:** | Meaad Al-Azawi letter for Congressional Representatives edited.docx |

FYI

---------- Forwarded message ---------
From: **Jacob Dutton** <jdutton@cascadialawalaska.onmicrosoft.com>
Date: Wed, Apr 25, 2018 at 12:11 PM
Subject: FW: Updated Letter
To: alazawy62@gmail.com <alazawy62@gmail.com>
Cc: Margaret Stock <MStock@cascadialawalaska.com>, Haley Dampier <HDampier@cascadialawalaska.com>

**From:** Jacob Dutton
**Sent:** Wednesday, April 25, 2018 11:09 AM
**To:** 'farah_alazzawy@yahoo.com' <farah_alazzawy@yahoo.com>
**Cc:** Margaret Stock <mstock@CASCADIALAWALASKA.COM>; Haley Dampier <hdampier@CASCADIALAWALASKA.COM>; Emily Casto <ECasto@CASCADIALAWALASKA.COM>
**Subject:** Updated Letter

Hello Mr. Alazawi,

I was asked by Ms. Casto to update your letter and email it back to you to be signed. You will find it attached, please review and sign.

Thank you,
Jacob Dutton



**Jacob Dutton**
Paralegal Assistant

**Cascadia Cross-Border Law**
4141 B Street, Suite 205

1

40

907.242.5800 business
360.676.5459 fax

Anchorage, AK 99503
USA

jdutton@cascadialawalaska.com          www.CascadiaLawAlaska.com

*Creating Transparent Borders*

PLEASE NOTE:  This message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read, print or forward it. Please reply to the sender that you have received the message in error. Then delete it. Thank you.

To comply with certain U.S. Treasury regulations, we inform you that any federal tax advice contained in this message, including attachments, is not a covered opinion as described in Treasury Department Circular 230 and therefore cannot be relied upon to avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.

All noncitizens are required to keep the USCIS informed of their current address, within ten (10) days of changing the address.  For more information, see https://egov.uscis.gov/coa/displayCOAInitForm.do

41

**EXHIBIT C**



مركـز الحسيـن للسـرطان
King Hussein Cancer Center

Date: August 9, 2018

## Medical Report

| | | |
|---|---|---|
| Patient Name | : | Abdolrahman Meaad Jawhar Alazawi |
| MRN | : | 157110 |
| Age | : | 20 years |

Abdolrahman is a 20-year-old male patient, presented to King Hussein Cancer Center (KHCC) with right testicular mass since 4 months with normal tumor markers (AFP and BHCG) scrotal us showed right testicular mass 4x3x4 cm. Chest abdomen and pelvis CT scan showed no evidence of visceral metastasis or significant lymph node enlargement.

He underwent right inguinal radical orchiectomy on July 23, 2018. Histopathology result showed:

- Malignant mixed germ cell tumor (Teratoma 50% Seminoma 50%). Tumor deposit is seen in the spermatic cord margin.
- Lymphovascular invasion present.
- Pathologic stage is (pT$_2$(m)N$_x$)

The case was discussed in Genitourinary Multidisciplinary Clinic (GU-MDC), the plan was to be give 2 cycles of chemotherapy.

He needs regular follow up every three months.

Ali AL-Daghmin, MD.
Urologic Oncology & Robotic Surgery Consultant
King Hussein Cancer Center
Amman- Jordan
Tel. (962) 6 5300460 Ext. 1673

/es/ MALEK GAASHAN, MD
Signed 08/09/2018 11:18

Receipt Acknowledged By:
/es/ ALI AL-DAGHMIN MD
08/09/2018 11:59

202 شارع الملكة رانيا العبد الله، ص.ب 1269 الجبيهة – عمان 11941 الأردن
هاتف: 460 00 53 (6-962)+ فاكس: 567 42 53 (6-962)+ البريد الإلكتروني: info@khcc.jo
202 Queen Rania Al Abdullah St., P.O. Box 1269 Al - Jubelha Amman, 11941 Jordan
Tel: +(962-6) 53 00 460, Fax: +(962-6) 53 42 567, E-mail: info@khcc.jo

DG0015-03/15

42



مركز الحسين للسرطان
King Hussein Cancer Center

Date: October 10, 2018

### Medical Report

Patient Name        :       Abdulrahman Meaad Jawhar Alazawi
MRN                 :       157110
Age                 :       20 years

Abdulrahman is a 20 year-old male patient, complains form testicular cancer, she received chemotherapy at King Hussein Cancer Center (KHCC), will be on follow up with CT scan and labs every 3 months.

Al'a Abu Fara
Consultant Medical Oncology
King Hussein Cancer Center
Amman, Jordan

King Hussein Cancer Center
Health Information & Patient Journey Dept.
Outpatient Clinics

202 شارع الملكة رانيا العبدالله، ص.ب 1269 الجبيهة عمان 11941 الأردن
هاتف 5300460 (06-2) فاكس 5642567 (06-2) بريد الكتروني: info@khcc.jo
202 Queen Rania Al Abdullah St., P.O. Box 1269 Al Jubeiha Amman 11941 Jordan
Tel: (06-2) 5300460 Fax: (06-2) 5642567 E-mail: info@khcc.jo

DG0015-03/15

43